UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**EFREM WALKER, Individually,**

    Plaintiff,

vs.

Case No.:  11-cv-13997
Hon. Sean F. Cox

**RAMCO-GERSHENSON PROPERTIES, L.P.,**
a Foreign Limited Partnership,

    Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation and agreement of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case shall be and the same hereby is dismissed with prejudice in its entirety and without costs being awarded to any party.

This resolves the last pending claim and closes the case.

Dated:  December 8, 2011

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

**STIPULATED AND AGREED TO BY:**

By: /s Pete M. Monismith  (w/permission)
Pete M. Monismith (P-84746)
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213

By: /s Bernice McReynolds
Robert M. Vercruysse  (P21810)
Bernice McReynolds  (P44019)
Attorneys for Defendants
VERCRUYSSE MURRAY & CALZONE

(724) 610-1881  
Pete@monismithlaw.com

31780 Telegraph Road, Suite 200  
Bingham Farms, MI  48025  
(248) 540-8019  
Rvercruysse@vmclaw.com  
Bmcreynolds@vmclaw.com

Date:  December  5, 2011_____

Date:  December 5, 2011_____